IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Jean H. McClendon, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Cause No. 3:13cv1036 |
| Nashville Senior Care, LLC d/b/a McKendree ) | William Haynes, Jr. |
| Village; Nashville Healthcare Investors, LLC ) | Jury Demanded |
| ) | |
| Defendants. ) | |

*[handwritten notation: This motion is GRANTED. Fed. R. Civ. P. 15(a). /s/ WJH 7-25-14]*

PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT
TO ADD STUART E. SMITH, M.D. AND BRYN SOUTHARDS, P.A. AS PARTY
DEFENDANTS

COMES NOW Plaintiff, Jean McClendon, by and through counsel of record, Jehl Law Group, PLLC, and pursuant to Rule 15 of the Federal Rules of Civil Procedure and respectfully moves the Court for leave to file her first *Amended Complaint* to add Stuart E. Smith, M.D. and Bryn Southards, P.A. as party defendants in this action based on Nashville Senior Care, LLC's and Nashville Healthcare Investors, LLC's (hereinafter referred to as "Nursing Home Defendants") allegations of comparative fault. A copy of Plaintiff's proposed *Amended Complaint* is attached hereto as **Exhibit A**. As grounds for this *Motion*, Plaintiff would respectfully show as follows:

1. On July 9, 2014, Nursing Home Defendants filed their *First Amended Answer* to *Complaint* wherein they amended their original answer to add two (2) additional affirmative defenses in order to aver for the first time the

1